IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JONATHAN SEIF,                                                                           PLAINTIFF
ADC #151680

v.                              1:15-cv-34-DPM-JTK

WENDY KELLEY, Director, Arkansas
Department of Correction; DAVID WHITE,
Warden, North Central Unit; EDDIE SELVEY,
Deputy Warden, North Central Unit;
PATRICK McGOWN, Chaplain, North Central
Unit                                                                                        DEFENDANTS

JUDGMENT

Seif's complaint is dismissed without prejudice.

*[signature]*
D. P. Marshall Jr.
United States District Judge

16 July 2015